UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

DONNA BARR,

    Plaintiff,

v.                                  Case No. **10-CV-14017-Martinez/Lynch**

DELANOR KEMPER & ASSOCIATES, LLC,

    Defendant.

_____/

FILED by LH D.C.
ELECTRONIC
Jan. 25, 2010
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## COMPLAINT

COMES NOW Plaintiff, DONNA BARR ("Plaintiff"), by and through her attorneys, KROHN & MOSS, LTD., and for Plaintiff's Complaint against Defendant, DELANOR KEMPER & ASSOCIATES, LLC ("Defendant"), alleges and affirmatively states as follows:

### INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

### JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Because Defendant conducts business in the state of Florida, personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

5. Declaratory relief is available pursuant to 28 U.S.C. 2201 and 2202.

VERIFIED COMPLAINT                                                        1

## PARTIES

6. Plaintiff is a natural person residing in Palm City, Martin County, Florida.

7. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

8. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6), and sought to collect a consumer debt from Plaintiff.

9. Defendant is a limited liability company located in Atlanta, Georgia.

10. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

11. Defendant constantly and continuously places collection calls to Plaintiff seeking and demanding payment for an alleged debt.

12. Defendant also places calls to Plaintiff's parents (see Exhibit A) and Plaintiff's daughter.

13. Defendant placed more than one call to Plaintiff's parents (see Exhibit A).

14. Defendant disclosed to Plaintiff's parents that Plaintiff allegedly owed a debt (see Exhibit A).

15. Plaintiff instructed Defendant to stop calling her parents and daughter, but Defendant continues.

16. Defendant requested monthly payments from Plaintiff.

17. Plaintiff informed Defendant she could not make the monthly payments

requested by Defendant.

18. Defendant informed Plaintiff that he would make Plaintiff feel "more uncomfortable."

19. Defendant stated to Plaintiff that she committed "check fraud."

20. Defendant stated that Plaintiff would be arrested.

21. Defendant has left messages for Plaintiff stating Defendant would "do something drastic" if payment was not made.

22. Defendant failed to send Plaintiff a debt validation letter.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT, (FDCPA), 15 U.S.C. § 1692 et seq.

23. Defendant violated the FDCPA. Defendant's violations include, but are not limited to, the following:

   (a) Defendant violated *§1692b* of the FDCPA by communicating with third parties for a purpose other than obtaining location information of Plaintiff.

   (b) Defendant violated *§1692b(2)* of the FDCPA by informing third parties that Plaintiff owed a debt.

   (c) Defendant violated *§1692b(3)* of the FDCPA by contacting third parties more than once.

   (d) Defendant violated *§1692c(b)* of the FDCPA by contacting third parties in connection with the collection of a debt.

   (e) Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress and/or abuse Plaintiff

in connection with the collection of a debt.

(f) Defendant violated *§1692d(2)* of the FDCPA by using language the natural consequence of which is to abuse Plaintiff.

(g) Defendant violated *§1692d(5)* of the FDCPA by calling Plaintiff repeatedly and/or continuously with intent to annoy, abuse and/or harass Plaintiff.

(h) Defendant violated *§1692e* of the FDCPA by using false, deceptive and/or misleading representations or means in connection with the collection of a debt.

(i) Defendant violated *§1692e(4)* of the FDCPA by threatening Plaintiff with arrest.

(j) Defendant violated *§1692e(7)* of the FDCPA by falsely representing that Plaintiff committed a crime.

(k) Defendant violated *§1692e(10)* of the FDCPA by using false representations and/or deceptive means to collect a debt.

(l) Defendant violated §1692g(a)(1-5) of the FDCPA by failing to provide appropriate notice of the debt within 5 days after the initial communication including: (1) the amount of the debt; (2) the name of the creditor to whom the debt is owed; (3) a statement that unless the consumer, within 30 days after receipt of the notice, disputes the validity of the debt, or any portion thereof, the debt will be assumed to be valid by the debt collector; (4) a statement that if the consumer notifies the debt collector in writing within the 30-day period that the debt, or any portion

VERIFIED COMPLAINT 4

thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and a copy of such verification or judgment will be mailed to the consumer by the debt collector; and (5) a statement that, upon the consumer's written request within the 30-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor.

**WHEREFORE**, Plaintiff respectfully prays that judgment be entered against Defendant for the following:

24. Declaratory judgment that Defendant's conduct violated the Federal Act, FDCPA.

25. Actual damages.

26. Statutory damages pursuant to the Federal Act, 15 U.S.C. 1692k.

27. Costs and reasonable attorney's fees pursuant to the Federal Act, 15 U.S.C. 1692k.

28. Any other relief that this court deems to be just and proper.

RESPECTFULLY SUBMITTED,

By: /s/ Matthew W. Kiverts
Matthew W. Kiverts
FBN: 0013143
Krohn & Moss, Ltd
120 W Madison St, 10th Floor
Chicago, IL 60602
Phone: (312) 578-9428
Fax: (866) 431-5576
Attorney for Plaintiff

**DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, DONNA BARR, hereby demands trial by jury in this action.

VERIFIED COMPLAINT                                                                 5

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF FLORIDA )

Plaintiff, DONNA BARR, says as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, DONNA BARR, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: 12/17/09

DONNA BARR,
Plaintiff

**EXHIBIT A**

VERIFIED COMPLAINT  7

**EXHIBIT A**

VERIFIED COMPLAINT                                                                 7

Hi Donna:

As per your request I will try to put in some kind of order as to approximately when I received phone calls from different people regarding your personal situation. In July just before you moved back from Utah, I received the first call. Not knowing anything, I mistakenly gave the woman who called your telephone number. The reason being was that she said that you owed money on a loan. She called back soon after, telling me that she couldn't contact you, and would I call you. She gave me her telephone number for you to call her. I don't have the telephone number. The reason being, I gave it to you.

Then you moved back here, you were at our home. One evening a woman called around dinner time. You were here. You called her to ask her to stop calling our home. Again a short time later, a man called me to ask for your telephone number. Not knowing who he was, as prior calls were from women. He asked me if I would call you. By then, I knew he was one of those people who had been calling me previously. I told him to stop calling my home as he was harassing me. These calls were made mostly at night time. I have been harassed on numerous times since then. I have had them call back after hanging up on them. At times 3 or 4 times. I do have DO NOT CALL ON THE FEDERAL REGISTER. I now am resorting to not answering the telephone ay night. Last night I received 3 telephone calls in succession. I know it was them. Anyone we know leaves a message on our answering service. I hope that this can stop.

Dad
Larry & Joan Jurgensen
2453 SW Hawks Gate Ter
Palm City, Fl 34990-2056
772-220-8984

At 4:23PM today Dec. 28,2009
I received a telephone call froma Ms Tate.  She asked to speak with Donna Barr.  I asked her for her telelpone number.  She said 'Have a Good Day" and hung up.  I didn't acknowledge either way if I knew you or not.
Dad

Larry & Joan Jurgensen
2453 SW Hawks Gate Ter
Palm City, Fl 34990-2056
772-220-8984

JS 44 (Rev. 2/08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

**I. (a) PLAINTIFFS**
DONNA BARR

**DEFENDANTS**
DELANOR KEMPER & ASSOCIATES, LLC

**(b)** County of Residence of First Listed Plaintiff  Martin (FL)
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  Fulton (GA)
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Matthew Kiverts, Esq.
Krohn & Moss, Ltd.
120 W. Madison Avenue, 10th Floor, Chicago, IL 60602

Attorneys (If Known)

**10-CV-14017-Martinez/Lynch**

**(d)** Check County Where Action Arose: ☐ MIAMI-DADE ☐ MONROE ☐ BROWARD ☐ PALM BEACH ☑ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☑ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☑ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
|  | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |  |  | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** |  | FILED by LH D.C. ELECTRONIC | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 530 General |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty | **IMMIGRATION** |  |  |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | Jan. 25, 2010 |  |
|  | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus-Alien Detainee | STEVEN M. LARIMORE CLERK U.S. DIST. CT. S.D. OF FLA. · MIAMI | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions |  |  |

**V. ORIGIN** (Place an "X" in One Box Only)
☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. RELATED/RE-FILED CASE(S).**
(See instructions second page):
a) Re-filed Case ☐ YES ☑ NO
b) Related Cases ☐ YES ☑ NO
JUDGE                    DOCKET NUMBER

**VII. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):
15 USC 1692, et sq.; Unlawful and Abusive Debt Collection Practices

LENGTH OF TRIAL via _____ days estimated (for both sides to try entire case)

**VIII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☑ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE
SIGNATURE OF ATTORNEY OF RECORD
DATE January 18, 2010

FOR OFFICE USE ONLY
AMOUNT $350.00  RECEIPT # 235374  IFP