UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

DONNA BARR,

       Plaintiff,

v.                                    Case No.  2:10-cv-14017-JEM

DELANOR KEMPER & ASSOCIATES, LLC,

       Defendant.
_____/

## NOTICE OF SETTLEMENT

      NOW COMES the Plaintiff, DONNA BARR, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 90 days.

      Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

                                            RESPECTFULLY SUBMITTED,

                                            By: /s/ James Pacitti_____
                                                James Pacitti (FBN: 119768)
                                                Krohn & Moss, Ltd
                                                10474 Santa Monica Blvd, Suite 401
                                                Los Angeles, CA 90025
                                                (323) 988-2400 x 230
                                                (866) 802-0021 (fax)
                                                jpacitti@consumerlawcenter.com
                                                Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I, James Pacitti, certify that a true and correct copy of the foregoing was served upon Bradley Masters, Delanore, Kemper & Associates LLC, 448 Ralph David Abernathy Blvd Unit 11, Atlanta, GA, 30312, brandy.masters@dkallc.com via ELECTRONIC MAIL on May 28, 2010.

By: /s/ James Pacitti_____
     James Pacitti
     Attorney for Plaintiff