UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

DONNA BARR,

       Plaintiff,

v.                                    Case No.  2:10-cv-14017-JEM

DELANOR KEMPER & ASSOCIATES, LLC,

       Defendant.
_____/

## VOLUNTARY DISMISSAL WITH PREJUDICE

DONNA BARR (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, with each party to bear their own fees and costs, DELANOR KEMPER & ASSOCIATES, LLC (Defendant), in this case.

                                                        RESPECTFULLY SUBMITTED,

                                                        By:  /s/ James Pacitti
                                                        James Pacitti, Esq.
                                                        FBN: 119768
                                                        Krohn & Moss, Ltd.
                                                        10474 Santa Monica Blvd, Suite 401
                                                        Los Angeles, CA 90025
                                                         T: (323) 988-2400 ext. 230
                                                         F: (866) 802-0021
                                                         jpacitti@consumerlawcenter.com
                                                         *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon Bradley Masters, Delanore, Kemper & Associates LLC, 448 Ralph David Abernathy Blvd, Unit 11, Atlanta GA, 30312, brandy.masters@dkallc.com via ELECTRONIC MAIL on August 9, 2010.

                                            By:  __/s/ James Pacitti__
                                                     James Pacitti
                                                     Attorney for Plaintiff